IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY D. RICKS,<br><br>            Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>Criminal No.<br>10-510-01 (JBS)<br><br>**ORDER** |

      This matter came before the Court upon the application of counsel for Timothy Ricks, namely Joel Silberman, Esquire, filed October 25, 2015 [Docket Item 347] requesting an additional postponement of the date for Mr. Ricks' surrender to the Bureau of Prisons.  This surrender date was previously extended from September 28, 2015, until October 28, 2015, due to Mr. Ricks' need for an orthopaedic evaluation by Dr. Kleinbart.

      Dr. Kleinbart's evaluation on September 30, 2015 resulted in a follow-up appointment on October 21, 2015, in which Dr. Kleinbart recommends a scoping of the left ankle for traumatic arthritis with a scheduled surgery date of November 30, 2015.

      Based upon the foregoing, Defendant asks for a further adjournment of his surrender date for an additional 90 days so that he may undergo this surgery and recover.

      The defendant has had several years to prepare for his sentence of incarceration, and has specifically now had five months since the time of sentencing to receive whatever treatment might be needed for this chronic arthritic condition.  The Court is unwilling to further extend the reporting date on account of this future treatment.  Nothing

indicates that this is an emergency situation nor that the surgery could not be performed at a later date in the Bureau of Prisons in an appropriate medical facility.

IT IS, this 27th day of **October, 2015**, hereby

**ORDERED** that defendant's request for a further extension of his surrender date to the Federal Bureau of Prisons shall be, and it hereby is DENIED.

/s/ Jerome B. Simandle
JEROME B. SIMANDLE
Chief U.S. District Judge